**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6778

MAURICE L. DUNBAR,

Plaintiff – Appellant,

v.

JUDGE PURNELL, City of Columbia; INVESTIGATOR PETROSKI, City
of Columbia; M.D. SLOAN, Officer, City of Columbia; CITY OF
COLUMBIA POLICE DEPARTMENT; LEXINGTON COUNTY DETENTION
CENTER,

Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Henry M. Herlong, Jr., Senior
District Judge.   (8:10-cv-00995-HMH)

Submitted:  August 19, 2010          Decided:  August 30, 2010

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Maurice L. Dunbar, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice L. Dunbar appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Dunbar's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dunbar v. Purnell, No. 8:10-cv-00995-HMH (D.S.C. May 14, 2010). We further deny Dunbar's motions for appointment of counsel and preparation of transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED